# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff, | |
| v. | Case No. 20-cr-00230-ECT-TNL-2 |
| Joel Llamas Garcia, | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. Defendant Joel Llamas Garcia's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [ECF No. 194] is DENIED.

2. Defendant's request for an evidentiary hearing is DENIED.

3. No certificate of appealability shall issue.

Date: November 13, 2024                                   Kate M. Fogarty, Clerk